**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-7201**

_____

MELVIN M. ROANE,

        Plaintiff - Appellant,

    v.

CHADWICK DOTSON,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Michael Stefan Nachmanoff, District Judge.  (1:23-cv-00743-MSN-IDD)

_____

Submitted:  April 24, 2025                                        Decided:  April 29, 2025

_____

Before RICHARDSON and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Melvin M. Roane, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Melvin M. Roane appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint.    We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order.  *Roane v. General Assembly*, No. 1:23-cv-00743-MSN-IDD (E.D. Va. Aug. 22, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*